## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE No.  18-cv-81072-BLOOM/Reinhart

MARTIN TENNER,

    Plaintiff,

vs.

STAMINA PRODUCTS, INC.,

    Defendant.

_____/

## ORDER ON POST-REMOVAL PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record.  Defendants filed a Notice of Removal, ECF No. [1] (the "Notice"), on August 10, 2018.  The Notice is filed pursuant to 28 U.S.C. §§ 1441 and 1446, seeking removal, pursuant to 28 U.S.C. § 1332, of an action filed in the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Case No. 50-2018-CA-008608-XXXX-MB (the "Circuit Court Action").  Pursuant to 28 U.S.C. § 1447(a)-(c), Fed. R. Civ. P. 81(c), and S.D. Fla. L. R. 7.2, it is **ORDERED** that:

1. On or before **August 17, 2018**, Defendant shall file a notice with the Court attaching a true and correct copy of the docket in the Circuit Court Action.

2. On or before **August 17, 2018**, Defendant shall answer or otherwise respond to the underlying complaint, unless Defendant has already done so in the Circuit Court Action.

3. On or before **August 24, 2018**, the parties shall comply with Local Rule 7.2 to the extent there are any motions pending in the Circuit Court Action, and shall file the relevant memoranda of law in support of or opposition to those motions.

CASE No.  18-cv-81072-BLOOM/Reinhart

4. Plaintiff may file a motion to remand this case on or before **September 10, 2018**.[1]

Deadlines with respect to such motion will be governed by all relevant Local Rules.

**DONE AND ORDERED** in Miami, Florida this 13th day of August, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

---

[1] The Court notes that no party can waive the objection of lack of federal subject-matter jurisdiction; any party can exercise the right to secure a remand of an action to state court when there is no federal subject-matter jurisdiction over the action that has been removed to federal court. *See Cotton v. Massachusetts Mut. Life Ins. Co.*, 402 F.3d 1267, 1280 (11th Cir. 2005) (noting in addition responsibility of court to raise issue of jurisdiction *sua sponte*).