UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-81072-BLOOM/Reinhart

MARTIN TENNER,

    Plaintiff,

v.

STAMINA PRODUCTS, INC., et al.

    Defendants.

_____/

**DEFENDANT'S NOTICE OF FILING DEFENDANT'S
ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR JURY TRIAL**

Defendant, STAMINA PRODUCTS, INC., by and through the undersigned counsel and pursuant to this Court's Order on Post-Removal Procedures [D.E. 3], hereby files its Answer, Affirmative Defenses and Demand for Jury Trial, which is attached hereto as **Exhibit 1**.

Dated: August 16, 2018        Respectfully submitted,

                                      COLE, SCOTT & KISSANE, P.A.
                                      *Counsel for Defendant, Stamina Products, Inc.*
                                      Esperante Building
                                      222 Lakeview Avenue, Suite 120
                                      West Palm Beach, Florida 33401
                                      Telephone (561) 383-9200
                                      Facsimile (561) 683-8977
                                      Primary e-mail:    lee.cohen@csklegal.com
                                      Secondary e-mail:  jake.goodman@csklegal.com
                                      Alternate e-mail:   angelia.contessa@csklegal.com
                                                                lisa.gordon@csklegal.com

By: *s/ Jake M. Goodman*
LEE M. COHEN, ESQ.
Florida Bar No.: 602981
JAKE M. GOODMAN, ESQ.
Florida Bar No.: 121523

**BOULWARE LAW, LLC**
Brandon J.B. Boulware, *pro hac vice to be filed*
Erin Lawrence, *pro hac vice to be filed*
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Tel:     (816) 492-2826
Email:   Brandon@boulware-law.com
         Erin@boulware-law.com
*Counsel for Defendant Stamina Products, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record listed below:

Eric L. Ansel, Esq.
ANSEL & MILLER, LLC
1939 Tyler Street
Hollywood, FL 33020
Tel.:  (954) 922-9100
E-Mail:  eansel@ansellaw.com
*Attorney for Plaintiff*

                              */s/ Jake M. Goodman*
                              JAKE M. GOODMAN
                              FBN:  121523