IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:18-cv-81072-BER

MARTIN TENNER,

    Plaintiff,

v.

STAMINA PRODUCTS, INC., et al.,

    Defendants.

_____/

## DEFENDANT STAMINA PRODUCTS, INC.'S CERTIFICATE OF SERVICE

It is hereby certified that on September 17, 2018, Defendant Stamina Productions, Inc. served *Defendant Stamina Productions, Inc. Rule 26(a)(1) Initial Disclosures*, via e-mail only, to the following counsel of record:

    ANSEL & MILLER, LLC
    Eric L. Ansel, Esq.
    Florida Bar No. 204951
    1939 Tyler Street
    Hollywood, FL 33020
    Tel:   (954) 922-9100
    Fax:  (954) 922-9176
    Email: eansel@ansellaw.com

Date:  September 17, 2018          Respectfully submitted,

                                              COLE, SCOTT & KISSANE, P.A.
                                              *Counsel for Defendant STAMINA PRODUCTS, INC.*
                                              Esperante Building
                                              222 Lakeview Avenue, Suite 120
                                              West Palm Beach, Florida 33401
                                              Telephone (561) 383-9201
                                              Facsimile (561) 683-8977
                                              Primary e-mail: lee.cohen@csklegal.com
                                              Secondary e-mail: jake.goodman@csklegal.com

                                        By:   s/ Jake M. Goodman
                                              LEE M. COHEN
                                              Florida Bar No.:  602981
                                              JAKE M. GOODMAN
                                              Florida Bar No.:  121523

CASE NO.: 9:18-cv-81072-BER

BOULWARE LAW, LLC
Brandon J.B. Boulware, admitted *pro hac vice*
Erin Lawrence, admitted *pro hac vice*
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Tel: (816) 492-2826
Email:  Brandon@boulware-law.com
             Erin@boulware-law.com
             Myra@boulware-law.com

*Attorneys for Defendant Stamina Products, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17TH day of September, 2018, a true and correct copy of the foregoing has been furnished by electronic filing with the Clerk of the court via CM/ECF, which will send notice of electronic filing to all counsel of record listed below:

Eric L. Ansel, Esq.
ANSEL & MILLER, LLC
1939 Tyler Street
Hollywood, FL 33020
Tel.:  (954) 922-9100
E-Mail: eansel@ansellaw.com
*Attorney for Plaintiff*

    */s/ Jake M. Goodman*
JAKE M. GOODMAN
Florida Bar No.:  121523

**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX