# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| MARTIN TENNER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 9:18-cv-81072-Reinhart |
| | ) | |
| STAMINA PRODUCTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT NOTICE OF EXTENSION OF EXPERT DEADLINES

Pursuant to Paragraph 6 of the Court's September 21, 2018 Scheduling Order (Doc. # 28), the parties hereby give the Court notice that they have stipulated to the extension of the following pretrial deadlines:

1. Defendant's Expert Disclosure Deadline is currently May 13, 2019. The parties have agreed to extend this deadline to June 3, 2019.

2. Plaintiff's Expert Reply Reports (if any) are currently due by May 27, 2019. The parties have agreed to extend this deadline to June 10, 2019.

3. The deadline to complete all expert discovery is currently June 7, 2019. The parties have agreed to extend this deadline to June 28, 2019.

Respectfully submitted,

By: /s/ Brandon J.B. Boulware
BOULWARE LAW, LLC
Brandon J.B. Boulware, *pro hac vice*
Erin Lawrence, *pro hac vice*
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Tel: (816) 492-2826
Em: Brandon@boulware-law.com
     Erin@boulware-law.com

/s/ Lee M. Cohen
COLE SCOTT KISSANE, P.A.
Lee M. Cohen, Esq.
Florida Bar No.: 602981
222 Lakeview Ave., Suite 120
West Palm Beach, Florida 33401
Tel: (561) 383-9201
Em: Lee.Cohen@csklegal.com

*Attorneys for Defendant Stamina Products, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed via the ECF system on this 25th day of April, 2019, which sent notice to:

ANSEL & MILLER, LLC
Eric L. Ansel, Esq.
Florida Bar No.: 204951
1939 Tyler Street
Hollywood, FL 33020
Tel: (954) 922-9100
Fax: (954) 922-9176
Em: eansel@ansellaw.com
*Attorneys for Plaintiff*

 /s/ Brandon J.B. Boulware
*Attorney for Defendant*